**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**CORY NOLE OSWALD,**

> *Plaintiff,*

**v.**                                                      **Case No.: 3:26cv447-MW/HTC**

**CHIP SIMMONS, et al.,**

> *Defendants.*

_____/

**ORDER ACCEPTING AND ADOPTING
<u>REPORT AND RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 10. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 10, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** under this Court's inherent authority to manage its docket and enforce the Local Rules, based on Plaintiff's failure to truthfully disclose his litigation history." The Clerk shall close the file.

**SO ORDERED on April 8, 2026.**

> **s/Mark E. Walker**_____
> **United States District Judge**

2